UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| BOBBY GENE NEELEY, JR., | ) | |
| | ) | |
|    *Petitioner* | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-108 |
| | ) | *Chief Judge Curtis L. Collier* |
| WARDEN CHERRY LINDAMOOD, | ) | |
| | ) | |
|    *Respondent* | ) | |

## MEMORANDUM

Petitioner Bobby Gene Neeley, Jr., ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 (Court File No. 1). On April 18, 2010, Petitioner was given thirty (30) days to provide the Court with the $5.00 filing fee or submit an *in forma pauperis* application. Petitioner was notified that failure to comply with the Court's order would result in the case being dismissed for want of prosecution.

Petitioner has failed to pay the $5.00 filing fee or submit an *in forma pauperis* application. Therefore, this action will be **DISMISSED** *sua sponte*, for failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/_____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE